# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-98-94-D |
| | ) | |
| IRIS COLLETTE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Iris Collette Jackson's Motion for Early Termination of Supervised Release [Doc. No. 233]. Defendant seeks relief from two concurrent terms of supervised release imposed February 27, 2002, which she began serving November 1, 2015. The terms will otherwise expire October 31, 2020.

This Court has discretionary authority to terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervision if, after considering certain § 3553 factors, the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). Pursuant to § 3583(e)(1) and Fed. R. Crim. P. 32.1(c), no hearing is necessary if the relief sought is favorable to Defendant and the government does not object.

Upon consideration of the facts set forth in Defendant's Motion and the applicable law, the Court finds that early termination of Defendant's term of supervised is appropriate.

1

The Court recognizes that the United States Probation Office opposes early termination based on the nature of the offense. Under the circumstances of this case, however, the Court is satisfied that terminating Defendant's term of supervised release is warranted by the conduct of Defendant and the interest of justice.

IT IS THEREFORE ORDERED that Defendant's Motion [Doc. No. 233] is GRANTED. The remaining term of Defendant's supervised release is hereby terminated. Defendant Iris Collette Jackson is discharged from further supervision and from all conditions of her supervised release.

IT IS SO ORDERED this 10th day of May, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE